

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>WILLIAM CECIL ETHERIDGE,<br>ERNEST EDWARD DAVIS, and<br>CHAD HENRY LOFTIN,<br><br>　　　　Defendants. | ED CR No. 17-112<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 113(a)(3): Assault With a Dangerous Weapon With Intent to Do Bodily Harm; 18 U.S.C. § 113(a)(6): Assault Resulting in Serious Bodily Injury; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 113(a)(3); 2(a)]

On or about July 28, 2016, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendants WILLIAM CECIL ETHERIDGE and ERNEST EDWARD DAVIS, each aiding and abetting the other, intentionally assaulted victim G.A.G. with the intent to do bodily harm and, in so doing, used a dangerous weapon, namely, their

1 | shoes and G.A.G.'s walking cane, as they assaulted victim G.A.G. by
2 | repeatedly kicking him, including in his face, head, and torso.

COUNT TWO

[18 U.S.C. §§ 113(a)(6), 2(a)]

On or about July 28, 2016, in San Bernardino County, within the Central District of California, and within the special territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendants WILLIAM CECIL ETHERIDGE and ERNEST EDWARD DAVIS, each aiding and abetting the other, intentionally assaulted victim G.A.G. by repeatedly kicking and punching him, including in his face, head, and torso, resulting in serious bodily injury.

## COUNT THREE

[18 U.S.C. §§ 113(a)(3); 2(a)]

On or about August 11, 2016, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendants WILLIAM CECIL ETHERIDGE, ERNEST EDWARD DAVIS, and CHAD HENRY LOFTIN, each aiding and abetting the other, intentionally assaulted victim W.O.A. with the intent to do bodily harm and, in so doing, used a dangerous weapon, namely, their shoes, as they assaulted victim W.O.A. by repeatedly kicking him, including in his face, head, and torso.

COUNT FOUR

[18 U.S.C. §§ 113(a)(6), 2(a)]

On or about August 11, 2016, in San Bernardino County, within the Central District of California, and within the special territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendants WILLIAM CECIL ETHERIDGE, ERNEST EDWARD DAVIS, and CHAD HENRY LOFTIN, each aiding and abetting the other, intentionally assaulted victim W.O.A. by repeatedly kicking and hitting him, including in his face, head, and torso, resulting in serious bodily injury.

A TRUE BILL

/S/

Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

ROBYN K. BACON
Assistant United States Attorney
Deputy Chief, General Crimes Section

A. CARLEY PALMER
Assistant United States Attorney
General Crimes Section

5