[Reset Form]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Number **ED17-CR-112**      Defendant Number **1**

U.S.A. v. **WILLIAM CECIL ETHERIDGE**      Year of Birth **1963**

[✓] Indictment      [ ] Information      Investigative agency (FBI, DEA, etc.) **FBI**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense **7/28/16 and 8/11/16**

c. County in which first offense occurred

**San Bernardino County**

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[ ] Los Angeles      [ ] Ventura
[ ] Orange           [ ] Santa Barbara
[ ] Riverside        [ ] San Luis Obispo
[✓] San Bernardino   [ ] Other _____

Citation of Offense **18 U.S.C. §§ 113(a)(3), 113(a)(6)**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[✓] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number   **n/a**

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**   **n/a**

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:   **n/a**

Case Number   **n/a**

Charging   **n/a**

The complaint:   [ ] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes

IF YES, provide Name:   **n/a**

Phone Number:   **n/a**

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*      [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*      [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
**n/a**

Case Number   **n/a**

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

**n/a**

[ ] was previously dismissed on   **n/a**

Are there 8 or more defendants in the superseding case?
[ ] Yes*      [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*      [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  
- [ ] YES
- [✓] NO

IF YES, list language and/or dialect: _____

**OTHER**

- [✓] Male         [ ] Female
- [✓] U.S. Citizen  [ ] Alien

Alias Name(s)  n/a

This defendant is charged in:  [✓] All counts
- [ ] Only counts: n/a
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes  [✓] No
IF YES, should matter be sealed?  [ ] Yes  [✓] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [ ] narcotics offenses
- [ ] immigration offenses
- [✓] violent crimes/firearms
- [ ] corporate fraud
- [ ] Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: n/a
b. Posted bond at complaint level on: n/a
   in the amount of $ n/a
c. PSA supervision?  [ ] Yes  [ ] No
d. Is on bail or release from another district: n/a

Defendant is **in** custody:
a. Place of incarceration:  [ ] State  [✓] Federal
b. Name of Institution:  Escapee
c. If Federal: U.S. Marshal's Registration Number: 73589-065
d. [ ] Solely on this charge.  Date and time of arrest: n/a
e. On another conviction:  [✓] Yes  [ ] No
   IF YES:  [ ] State  [✓] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges:  [ ] Yes  [✓] No
   IF YES:  [ ] State  [ ] Federal  AND
   Name of Court: n/a
Date transferred to federal custody: n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  6/12/2017

Signature of Assistant U.S. Attorney
A. CARLEY PALMER
Print Name

CR-72 (10/16)                    CASE SUMMARY                    Page 2 of 2